## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **-vs-** | ) ) | **CASE NO. 1:07-cv-00468 JUDGE COLLEEN KOLLAR-KOTELLY** |
| **ALIQUIPPA COMMUNITY HOSPITAL,** | ) ) ) | |
| **Defendant.** | ) | |

### MOTION FOR ENLARGEMENT OF TIME

Now comes Defendant, Aliquippa Community Hospital ("Defendant"), and hereby moves the Court for an enlargement of time within which to file its Answer to Plaintiffs' Complaint. Defendant's Motion is made pursuant to Civ. R. 6(b).

Plaintiff filed its Complaint on March 13, 2007. A Summons to Defendant was issued on March 16, 2007. Defendant received the Summons and Complaint on March 23, 2007. Pursuant to the Rules of Civil Procedure, Defendant's Answer is due 20 days later, or April 12, 2007. Defendant's counsel states that he has discussed this enlargement of time with Plaintiffs' counsel who has consented to the enlargement of time for an additional 20 days.

Further, this is Defendant's first request for an enlargement of time in this case. As such, Defendant's counsel respectfully requests an extension of time until May 2, 2007, within which to file its Answer.

Respectfully submitted,

/s/ Karen A. Doner
Karen A. Doner (#458626)

WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com


/s/ Darrin R. Toney
John N. Childs (*pro hac vice to be filed*)
Darrin R. Toney (*pro hac vice to be filed*)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2007, a copy of the foregoing *Motion for Enlargement of Time* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Karen A. Doner_____
Karen A. Doner

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SERVICE EMPLOYEES | ) | |
| INTERNATIONAL UNION NATIONAL | ) | |
| INDUSTRY PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | CASE NO. 1:07-cv-00468 |
| | ) | JUDGE COLLEEN KOLLAR- |
| ALIQUIPPA COMMUNITY | ) | KOTELLY |
| HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of Defendant Aliquippa Community Hospital's Motion for

Enlargement of Time within which to file its Answer to Plaintiffs' Complaint, and Plaintiffs'

counsel's consent, it is by the Court this ___ day of _____, 2007;

ORDERED that the Defendant's Motion for Enlargement of Time is GRANTED; and it

is further

ORDERED that Defendant file its Answer to Plaintiffs' Complaint no later than May 2,

2007.

_____
Judge