### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,** ) ) ) ) | CASE NO. 1:07-CV-00468 <br><br> JUDGE COLLEEN KOLLAR-KOTELLY |
| **Plaintiffs,** ) ) | |
| -vs- ) ) | *MOTION FOR ADMISSION OF DARRIN R. TONEY PRO HAC VICE* |
| **ALIQUIPPA COMMUNITY HOSPITAL,** ) ) | |
| **Defendant.** ) | |

Defendant, Aliquippa Community Hospital ("Defendant"), by and through undersigned counsel, hereby move, pursuant to Local Rule for the admission *pro hac vice* of Darrin R. Toney, to practice as additional counsel of record for Defendant in this case. Mr. Toney is a member in good standing of the bar of Ohio as well as the U.S. District Court for the Northern District of Ohio. His affidavit in support of this motion is submitted herewith.

Respectfully submitted,

/s/ Karen A. Doner
Karen A. Doner (#458626)
WILLIAMS MULLEN, A PROFESSIONAL
    CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2007, a copy of the foregoing *Motion for Admission Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Karen A. Doner
Karen A. Doner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., ) ) ) | CASE NO. 1:07-CV-00468 JUDGE COLLEEN KOLLAR-KOTELLY |
| Plaintiffs, ) | |
| -vs- ) | *AFFIDAVIT OF DARRIN R. TONEY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE* |
| ALIQUIPPA COMMUNITY HOSPITAL, ) | |
| Defendant. ) | |

STATE OF OHIO        )
                    ) SS:
COUNTY OF SUMMIT )

**DARRIN R. TONEY,** being first duly sworn, states as follows:

1. I am a member of the firm of Brennan, Manna & Diamond, LLC, 75 East Market Street, Akron, Ohio 44308, (330) 253-5060, (330) 253-1977 (fax), email drtoney@bmdllc.com.

2. I am an attorney licensed to practice law in the state of Ohio and am a member in good standing.

3. I am a member of the bar of the courts of Ohio, as well as the bar of the United States District Court for the Northern District of Ohio.

4. My attorney registration number issued by the Ohio Supreme Court is #0065590.

5. I have never been disciplined by any bar during my years of practice.

6. I have never been admitted *pro hac vice* before this Court at any time.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DARRIN R. TONEY

**SWORN TO AND SUBSCRIBED BEFORE ME**, this 11th day of April, 2007.

_____
NOTARY PUBLIC



PAMELA D. GLASS
Notary Public, State of Ohio
My Commission Expires 06-27-2011