IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> ALIQUIPPA COMMUNITY HOSPITAL, <br><br> Defendant. | CASE NO. 1:07-CV-00468 <br><br> JUDGE COLLEEN KOLLAR-KOTELLY <br><br> <u>**CERTIFICATION OF DARRIN R. TONEY**</u> |

I, Darrin R. Toney, hereby certify that I have printed a copy of the Local Rules of this Court and have made myself familiar with them. I have also particularly reviewed Rules LcvR 83.8(b) and LcvR 83.9(a).

_____
DARRIN R. TONEY (#0065590)