IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., | ) ) ) ) | CASE NO. 1:07-CV-00468 JUDGE COLLEEN KOLLAR-KOTELLY |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | *CERTIFICATION OF JOHN N. CHILDS* |
| ALIQUIPPA COMMUNITY HOSPITAL, | ) ) | |
| Defendant. | ) | |

I, John N. Childs, hereby certify that I have printed a copy of the Local Rules of this Court and have made myself familiar with them. I have also particularly reviewed Rules LcvR 83.8(b) and LcvR 83.9(a).

_____
JOHN N. CHILDS (#0023489)