# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., )<br><br>Plaintiffs, )<br><br>-vs- )<br><br>ALIQUIPPA COMMUNITY HOSPITAL, )<br><br>Defendant. ) | CASE NO. 1:07-CV-00468<br>JUDGE COLLEEN KOLLAR-KOTELLY |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS REQUIRED BY LOCAL RULE 7.1

I, the undersigned, counsel of record for Aliquippa Community Hospital, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Aliquippa Community Hospital which have any outstanding securities in the hands of the public: NONE.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Thomas J. McKee, Jr.
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238

(703) 748-0244 (fax)
kdoner@williamsmullen.com

/s/ John N. Childs
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio, 44308
jnchilds@bmdllc.com
drtoney@bmdllc.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26 day of June, 2007, a copy of the foregoing *Disclosure of Corporate Affiliations and Financial Interests* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                             /s/ Thomas J. McKee, Jr.
                                             Thomas J. McKee, Jr.

1447031v1