## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., ) ) ) | CASE NO. 1:07-CV-00468 JUDGE COLLEEN KOLLAR-KOTELLY |
| Plaintiffs, ) ) | |
| -vs- ) ) | *CASE MANAGEMENT CONFERENCE REPORT AND PARTIES' DISCOVERY PLAN* |
| ALIQUIPPA COMMUNITY HOSPITAL, ) ) | |
| Defendant. ) | |

1.  Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b), a meeting was held on July 5, 2007 by telephone conference and was attended by:

Michael Artz, counsel for Plaintiffs, Service Employees International Union National Industry Pension Fund, et al. and Darrin R. Toney and Thomas J. McKee, Jr., counsel for Defendant Aliquippa Community Hospital.

2.  The parties recommend the following track:

_____ Expedited          __X__ Standard          _____ Complex

          _____ Administrative          _____ Mass Tort

3.  This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

_____ Early Neutral Evaluation   __ Mediation (after discovery)   _____ Arbitration

_____ Summary Jury Trial          _____ Summary Bench Trial

__X__ Case not Suitable for ADR

4. The parties _____(do) __X__ (do not) consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

5. <u>Initial Disclosures</u>: (check one)

   a) The parties agree to waive initial disclosures

6. <u>Subsequent proceedings</u>.

   a) Recommended Discovery Plan: Describe the subjects on which discovery is to be sought and the nature and extent of discovery, including any limitation on the number of interrogatories, the number and/or length of depositions, and/or the number of requests for admissions.

   <u>Discovery subjects</u>:

   1) Issues raised in Plaintiff's Complaint and in Defendant's Answer.
   2) Interrogatories – Limited as set forth in the Federal Rules of Civil Procedure.
   3) Requests for Admissions – Limited as set forth in the Federal Rules of Civil Procedure.
   4) Depositions – Limited as set forth in the Federal Rules of Civil Procedure.

   b) Discovery cut-off date: <u>January 31, 2008</u>

   c) Recommended dispositive motion date: <u>March 10, 2008</u>

   d) Recommended deadline for amending the pleadings and/or adding additional parties: <u>N/A</u>

   e) Recommended date for a Pretrial Conference: <u>Court discretion after ruling on Dispositive Motions.</u>

7. Other matters for the attention of the Court:

   <u>The parties agree to produce electronically stored information in paper form and will provide the same in native format on disc upon request.</u>

Respectfully submitted,

/s Darrin R. Toney
John N. Childs ((#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

and

Karen A. Doner (#458626)
WILLIAMS MULLEN, A PROFESSIONAL CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com

Attorneys for Aliquippa Community Hospital

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Case Management Conference Report and Parties' Discovery Plan* was filed electronically on July 12, 2007. Notice of this filing will be sent electronically to all parties by operation of the Court's electronic filing system. The foregoing document may be accessed through the Court's electronic filing system.

/s Darrin R. Toney
John N. Childs ((#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com
Attorneys for Aliquippa Community Hospital