IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., | ) ) ) ) ) | CASE NO. 1:07-CV-00468 JUDGE COLLEEN KOLLAR-KOTELLY |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | |
| ALIQUIPPA COMMUNITY HOSPITAL, | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant, Aliquippa Community Hospital ("Defendant"), by and through undersigned counsel, moves the Court for entry of an order continuing the Scheduling Conference now set for September 11, 2007 at 9:00 a.m. Undersigned counsel anticipate soon withdrawing from this case and request that the Initial Scheduling Conference be continued for thirty (30) days for Defendant to retain new counsel.

Counsel for Plaintiffs does not object to the relief requested.

Respectfully submitted,

/s/ Karen A. Doner
Karen A. Doner (#458626)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com

/s/ John N. Childs_____
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio, 44308
jnchilds@bmdllc.com
drtoney@bmdllc.com

Counsel for Defendant

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of September, 2007, a copy of the foregoing *Motion* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              /s/ Karen A. Doner
              Karen A. Doner

1498699v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,** | ) ) ) ) | **CASE NO. 1:07-CV-00468** |
| | ) | **JUDGE COLLEEN KOLLAR-KOTELLY** |
| **Plaintiffs,** | ) ) | |
| -vs- | ) ) | |
| **ALIQUIPPA COMMUNITY HOSPITAL,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER

UPON CONSIDERATION of Defendant Aliquippa Community Hospital's ("Defendant") Motion to Continue the Scheduling Conference currently set for September 11, 2007 at 9:00 a.m., and seeing that Plaintiff has no objection thereto, Defendant's Motion is hereby GRANTED, and the Scheduling Conference shall be continued until _____.

IT IS SO ORDERED.

Entered this ____ day of September, 2007.

_____
Judge

2

WE ASK FOR THIS:


/s/ Karen A. Doner
Karen A. Doner (#458626)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com

/s/ John N. Childs
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio, 44308
jnchilds@bmdllc.com
drtoney@bmdllc.com

Counsel for Defendant

1498705v1