UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL
UNION NATIONAL INDUSTRY
PENSION FUND
11 Dupont Circle, N.W., Suite 900
Washington, DC 20036-1202

and

ANDREW STERN, RODERICK S. BASHIR,
CHARLIE RIDGELL, SHARLEEN
STEWART, JIM BERG, EDWARD MANKO,
JOHN J. SHERIDAN, LARRY T. SMITH,
DAVE STILLWELL, TRUSTEES OF THE
SERVICE EMPLOYEES INTERNATIONAL
UNION NATIONAL INDUSTRY
PENSION FUND
11 Dupont Circle, N.W., Suite 900
Washington, DC 20036-1202

       Plaintiffs,

vs.

ALIQUIPPA COMMUNITY HOSPITAL
2500 Hospital Drive
Aliquippa, PA 15001

       Defendant.

Civil Action No.: 1:07-CV-00468
JUDGE COLLEEN KOLLAR-OTELLY

## NOTICE OF APPEARANCE

Pursuant to the Local Rules, Michael L. Artz and Richard Welch, hereby enter their Notice of Appearance in the above-entitled case, on behalf of the Plaintiffs. Michael L. Artz and Richard Welch are attorneys with the law firm of Mooney, Green, Baker & Saindon, P.C., 1920

L Street, N.W., Suite 400, Washington, D.C. 20036. Both are admitted to practice before this Court.

                            Respectfully Submitted,

                            _____/s/_____

                            Richard Welch, Esq.
                            D.C. Bar No. 485756
                            Michael L. Artz, Esq.
                            D.C. Bar No. 468025
                            **Mooney, Green, Baker & Saindon, P.C.**
                            1920 L Street, N.W., Suite 400
                            Washington, D.C. 20036
                            (202) 783-0010
                            (202) 783-6088 (fax)

                            *Counsel for Plaintiffs*

                            Dated October 19, 2007