**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,**  )<br>)<br>) | **CASE NO. 1:07-CV-00468**<br><br>**JUDGE COLLEEN KOLLAR-KOTELLY** |
| Plaintiffs,  ) | |
| -vs-  ) | ***DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT INITIAL SCHEDULING CONFERENCE SET FOR OCTOBER 23, 2007*** |
| **ALIQUIPPA COMMUNITY HOSPITAL,**  ) | |
| Defendant.  ) | |

Defendant, Aliquippa Community Hospital ("Defendant") hereby moves this Court for leave to allow Defendant's Ohio counsel to appear telephonically at the Initial Scheduling Conference currently scheduled for October 23, 2007, at 11:30 a.m.

Defendant states that its local counsel will be physically present at the Initial Scheduling Conference. Defendant requests permission for them to appear telephonically. Defendant's counsel contacted Plaintiff's counsel and Plaintiff's counsel does not object to Defendant's Ohio counsel's telephonic appearance.

Respectfully submitted,

/s/ Darrin R. Toney
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

and

/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
　　CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2007, a copy of the foregoing *Defendant's Motion to Appear Telephonically at Initial Scheduling Conference Set for October 23, 2007,* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Darrin R. Toney
John N. Childs  (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio  44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

　　　and

2

        /s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
    CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

**Counsel for Defendant**