IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>-vs- )<br>)<br>**ALIQUIPPA COMMUNITY HOSPITAL,** )<br>)<br>**Defendant.** ) | **CASE NO. 1:07-CV-00468**<br><br>**JUDGE COLLEEN KOLLAR-KOTELLY**<br><br>*JOINT STATEMENT OF THE CASE AND STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES* |

1. Pursuant to the Order for Initial Scheduling Conference issued July 17, 2007, the parties hereby submit a joint statement of the case and statutory basis for causes of action and defenses. This statement supplements the Rule 16.3(a) Joint Statement filed by the parties on July 9, 2007.

2. Michael Artz, counsel for Plaintiffs, Service Employees International Union National Industry Pension Fund, *et al*. and Darrin R. Toney, counsel for Defendant, Aliquippa Community Hospital, conferred by telephone on October 19, 2007, and agreed to jointly file this statement.

3. This is a civil action brought by an employee benefit plan, and by the Trustees of the employee benefit plan, pursuant to Sections 502(a)(3), (d)(1), (g) and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1132(a)(3), (d)(1), (g) and 1145 and Section 301(a) of the Labor Management Relations Act of 1947, as amended ("LMRA"), 29 U.S.C. § 185(a) to collect unpaid collectively bargained contributions, remittance reports, interest, and liquidated damages owed by the Defendant. Since the

Defendant has failed to provide any remittance reports or contributions to the Plaintiffs, the Plaintiffs request that the Defendant be ordered to provide all remittance reports and amounts owed and to submit to a payroll audit in order to ensure that it remits all amounts owed.

4. Defenses:

    a. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

    b. Plaintiff did not initiate this action in the proper venue.

    c. This Court lacks subject matter jurisdiction concerning the issues in this case.

    d. Plaintiff's claims are barred in whole or in part as a result of the Debtor's Second Amended Plan of Reorganization filed in U.S. Bankruptcy Court for the Western District of Pennsylvania, Bankruptcy No. 02-296616 BM.

    e. Plaintiff's claims are barred in whole or in part due to waiver and/or estoppel.

    f. Plaintiff's claims are barred in whole or in part due to the applicable Statute of Limitations.

    g. Plaintiff's claims are barred in whole or in part due to a lack of consideration.

    h. Plaintiff's claims are barred in whole or in part due to *res judicata*.

i. Plaintiff's claims are barred in whole or in part due to the discharge received by Defendant in the bankruptcy case filed in U.S. Bankruptcy Court for the Western District of Pennsylvania, Bankruptcy No. 02-296616 BM.

j. Plaintiff's claims are barred, in part, by a binding contractual labor arbitration decision decided pursuant to a grievance filed under the relevant Collective Bargaining Agreement by the Plaintiff's recognized bargaining agent.

Respectfully submitted,

/s Michael L. Artz
Richard Welch
D.C. Bar No. 485756
Michael L. Artz
D.C. Bar No. 468025
**Mooney, Green, Baker & Saindon, P.C.**
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088 (fax)

*Counsel for Plaintiffs*


/s Darrin R. Toney
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio  44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

and

/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
    CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Aliquippa Community Hospital

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of October, 2007, a true and correct copy of the foregoing Joint Statement of the Case and Statutory Basis for Causes of Action and Defenses was filed electronically with the Court.

/s Darrin R. Toney
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio  44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

Counsel for Aliquippa Community Hospital