## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,  )<br><br>Plaintiffs, )<br><br>-vs- )<br><br>ALIQUIPPA COMMUNITY HOSPITAL, )<br><br>Defendant. ) | CASE NO. 1:07-CV-00468<br><br>JUDGE COLLEEN KOLLAR-KOTELLY |

### ENTRY OF APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of Thomas J. McKee, Jr. of the law firm of Williams Mullen, A Professional Corp., as co-counsel for Defendant Aliquippa Community Hospital, in the above-captioned case.

Respectfully submitted,

/s/ Thomas J. McKee, Jr.
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com

John N. Childs (#0023489)
Darrin R. Toney (#0065590)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio, 44308
jnchilds@bmdllc.com
drtoney@bmdllc.com
Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of October, 2007, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                 /s/ Thomas J. McKee, Jr.
                                                 Thomas J. McKee, Jr.

1520838v1