IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., | CASE NO. 1:07-CV-00468 |
| | JUDGE COLLEEN KOLLAR-OTELLY |
| Plaintiffs, | |
| -vs- | *STATUS REPORT AS TO DISCOVERY PLAN* |
| ALIQUIPPA COMMUNITY HOSPITAL, | |
| Defendant. | |

## JOINT STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order of October 23, 2007, the undersigned parties, by counsel, submit this status report of their Discovery Plan.

1.    **Meeting of the parties.** Michael Artz, counsel for Plaintiffs, Service Employees International Union National Industry Pension Fund, *et al.* and Darrin R. Toney, counsel for Defendant, Aliquippa Community Hospital, conferred by telephone on November 6, 2007 and agreed to jointly file this status report. Additionally, counsel for Plaintiffs and Counsel for Defendants conferred by telephone and discussed discovery matters on May 5, 2007 and October 19, 2007 in preparing the Joint Case Management Conference Report and Parties' Discovery Plan and the Joint Statement of the Case and Statutory Basis for Causes of Action and Defenses.

2.    **Required Disclosures.** The parties agreed in the Joint Case Management Conference Report and Parties' Discovery Plan to waive the initial disclosures required in Rule 26(a)(1).

3.    **Discovery Plan.** The parties propose the following discovery plan:

A. The parties submit that discovery may be needed regarding the issues raised in Plaintiff's Complaint and in the Defendant's Answer.

B. In accordance with the Court's Order of October 23, 2007, all discovery will be completed by April 18, 2008.

C. The parties anticipate the use of written discovery in this case. Counsel for Plaintiff anticipates propounding its first sets of interrogatories, requests for admissions and requests for documents on or before November 21, 2007. Counsel for Defendant anticipates propounding its first set of interrogatories, requests for admissions, and requests for documents on or before November 30. 2007. The parties agree to adhere to the limits and procedures for interrogatories, requests for admissions, and requests for documents set forth in the Federal Rules of Civil Procedures.

D. The parties do not anticipate the need for depositions in this case. However, if the responses to written discovery warrant the need for depositions, the parties agree to adhere to the limits and procedures set forth in the Federal Rules of Civil Procedure.

E. The parties do not anticipate the use of experts in this case. If experts are used, the procedures set forth in the Federal Rules of Civil Procedure will be followed.

    Respectfully submitted,

    Richard Welch, Esq.
    D.C. Bar No. 485756
    Michael L. Artz, Esq.
    D.C. Bar No. 468025
    **Mooney, Green, Baker & Saindon, P.C.**
    1920 L Street, N.W., Suite 400
    Washington, D.C. 20036
    (202) 783-0010

(202) 783-6088 (fax)

*Counsel for Plaintiffs*

John N. Childs (Ohio Bar #0023489)
Darrin R. Toney (Ohio Bar #0065590)
**Brennan, Manna & Diamond, LLC**

75 East Market Street
Akron, Ohio  44308
(330) 253-5060
(330) 253-1977 (fax)
drtoney@bmdllc.com

*Counsel for Aliquippa Community Hospital*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of November, 2007, a true and correct copy of the foregoing Joint Statement of the Case and Statutory Basis for Causes of Action and Defenses was filed electronically with the Court.

_____/s/_____
Michael L. Artz