IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., | ) ) ) ) | CASE NO. 1:07-CV-00468 |
| Plaintiffs, | ) ) | JUDGE COLLEEN KOLLAR-KOTELLY |
| -vs- | ) ) | ***MOTION FOR LEAVE TO WITHDRAW AND TO ENLARGE DISCOVERY RESPONSE TIME*** |
| ALIQUIPPA COMMUNITY HOSPITAL, | ) ) | |
| Defendant. | ) | |

  Now come John N. Childs and Darrin R. Toney and the firm of Brennan, Manna & Diamond, LLC and Karen A. Doner and Thomas J. McKee and the firm of Williams Mullen, a Professional Corporation (collectively "Defendant's Counsel") hereby move this Court for leave to withdraw from further representation of Aliquippa Community Hospital ("Defendant") in the above-captioned matter. Pursuant to LCvR 83.6(c) and Rule 1.16(b) of the D.C. Rules of Professional Conduct, Defendant's Counsel contend that withdrawal is proper and permissible in this matter for the following reasons:

  First, an attorney may seek to withdraw when the lawyer believes in good faith, in a proceeding before a tribunal, that the tribunal will find the existence of good cause for withdrawal. *Rule 1.16(b)(5) of the D.C. Rules of Professional Conduct.* Due to the fact that Defendant sold its assets and ceased operations, Defendant is no longer a viable entity. Defendant has made it impossible for Defendant's counsel to provide effective

representation. The absence of a viable entity to participate in the lawsuit and communicate with counsel makes it impossible for Defendant's Counsel to provide a defense in this case and effectively carry out its representation.

Second, under Rule 1.16(b)(4) of the D.C. Rules of Professional Conduct, the attorney may withdraw if the representation will result in an unreasonable financial burden on the lawyer. Because Defendant has ceased operations, it does not have the financial resources to pay for continued representation by counsel in this matter. Furthermore, Defendant is insolvent and unable to pay for its past and continued legal representation.

Counsel avers that Defendant will not be prejudiced by the withdrawal of counsel because Defendant is defunct and unable to participate in the court proceedings or in counsel's efforts to defend the case. Counsel has notified David Wytiaz, last known President of the Board of Directors for Aliquippa Community Hospital, of counsel's intentions to file this Motion and withdraw from representation.

For the foregoing reasons, the law firms of Brennan, Manna & Diamond, LLC and Williams Mullen respectfully request the Court's permission to withdraw as counsel of record for Defendant Aliquippa Community Hospital.

Further, Plaintiffs have served discovery on Defendant. Defendant's Counsel requests that Defendant be granted an extension of time to respond to these discovery requests until Defendant has time to retain new counsel.

Respectfully submitted,

/s/ Darrin R. Toney
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com


/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
    CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Defendant, Aliquippa
Community Hospital

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2008, a copy of the foregoing *Motion for Leave to Withdraw from Representation,* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of the *Motion* was mailed to David Wytiaz, by regular U.S. mail, postage prepaid, at 2500 Hospital Drive, Aliquippa, Pennsylvania 15001, and c/o Aliquippa School District, 100 Harding Avenue, Aliquippa, Pennsylvania 15001.

/s/ Darrin R. Toney
John N. Childs  (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio   44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
      CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Defendant, Aliquippa
Community Hospital

P:\Aliquippa Community Hospital (4759)\SEIU ERISA lawsuit\Pleadings\motion for leave to withdraw.doc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., )<br><br>Plaintiffs, )<br><br>-vs- )<br><br>ALIQUIPPA COMMUNITY HOSPITAL, )<br><br>Defendant. ) | CASE NO. 1:07-CV-00468<br><br>JUDGE COLLEEN KOLLAR-KOTELLY<br><br><br><br>***NOTICE TO ALIQUIPPA COMMUNITY HOSPITAL OF WITHDRAWAL*** |

Pursuant to LCvR 83.6(c), **John N. Childs and Darrin R. Toney and the firm of Brennan, Manna & Diamond, LLC and Karen A. Doner and Thomas J. McKee and the firm of Williams Mullen, a Professional Corporation** (collectively "Defendant's Counsel") hereby notify Defendant Aliquippa Community Hospital ("Defendant") of their intent to withdraw from representation of Defendant in the captioned matter. Defendant's counsel advise Defendant to obtain other counsel, or, if Defendant intends to conduct the case *pro se* or objects to this withdrawal, Defendant should notify the Clerk of Court in writing within five (5) days of service of the enclosed Motion.

    Respectfully submitted,

    /s/ Darrin R. Toney
    John N. Childs (#0023489)
    Darrin R. Toney (#0065590)
    **BRENNAN, MANNA & DIAMOND, LLC**
    75 East Market Street
    Akron, Ohio 44308
    (330) 253-5060
    (330) 253-1977 (fax)
    jnchilds@bmdllc.com
    drtoney@bmdllc.com

/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
    CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Defendant, Aliquippa
Community Hospital

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2008, a copy of the foregoing *Notice* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Additionally, a copy of the *Notice* was mailed to David Wytiaz, by regular U.S. mail, postage prepaid, at 2500 Hospital Drive, Aliquippa, Pennsylvania 15001, and c/o Aliquippa School District, 100 Harding Avenue, Aliquippa, Pennsylvania 15001.

/s/ Darrin R. Toney
John N. Childs  (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio  44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

2

/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
   CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Defendant, Aliquippa
Community Hospital

P:\Aliquippa Community Hospital (4759)\SEIU ERISA lawsuit\Pleadings\notice to aliquippa of withdrawal.doc

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,** | ) ) ) | **CASE NO. 1:07-CV-00468** |
| | ) | **JUDGE COLLEEN KOLLAR-KOTELLY** |
| **Plaintiffs,** | ) ) | |
| -vs- | ) | *ORDER* |
| **ALIQUIPPA COMMUNITY HOSPITAL,** | ) ) ) | |
| **Defendant.** | ) | |

Upon written motion of John N. Childs and Darrin R. Toney and the firm of Brennan, Manna & Diamond, LLC and Karen A. Doner and Thomas J. McKee and the firm of Williams Mullen, a Professional Corporation (collectively "Defendant's Counsel"), and for good cause shown, Defendant's Counsel are hereby granted leave to withdraw as counsel of record for the Defendant Aliquippa Community Hospital in the captioned matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that all discovery deadlines are stayed until Defendant has had an opportunity to retain new counsel.

**IT IS SO ORDERED**.

_____
**JUDGE COLLEEN KOLLAR-KOTELLY**

P:\Aliquippa Community Hospital (4759)\SEIU ERISA lawsuit\Pleadings\proposed order of withdrawal.doc