UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALIQUIPPA COMMUNITY HOSPITAL, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C. A. No. 1:07-CV-00468-CKK |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW
AND TO ENLARGE DISCOVERY RESPONSE TIME**

Plaintiffs, Service Employees International Union National Industry Pension Fund ("Pension Fund") and the Funds' Trustees, through undersigned counsel, hereby oppose Defendant's Motion for Leave to Withdraw and to Enlarge Discovery Response Time. Defendant has failed to submit any reports or contributions during the entire duration of the relevant Collective Bargaining Agreements. In light of the Defendant's outright failure to act under its legal obligations, Plaintiffs assert that any further delay in the resolution of this matter is unwarranted, inappropriate, and Defendant's Motion should be denied accordingly.

As shown in the Plaintiffs' Complaint, Defendant was a signatory to a Collective Bargaining Agreement that required Defendant to remit contributions to the Pension Fund for all hours worked by eligible bargaining unit employees retroactive to June 30, 2004. To date,

-1-

Defendant has failed to submit a single report or contribution to the Pension Fund. Defendant has failed to respond to numerous requests and attempts by the Pension Fund and its counsel to resolve this matter prior to the filing of Plaintiffs' Complaint. Given this history, there is no reason that Plaintiffs or this Court should be subject to another delay in resolving this matter.

With respect the Defense Counsel's Motion to Withdraw, Plaintiffs certainly understand Defendant's counsel's frustration by the Defendant's insolvency and inability to pay for past and continued legal representation. Nonetheless, Plaintiffs do not believe that the Court should permit counsel to withdraw until discovery is completed. Plaintiffs have served discovery on Defendant in a timely and reasonable manner, and believe that responses to these interrogatories should be furnished in accordance with the original schedule agreed upon by the parties and the Court.

Plaintiffs have no objection to Defense Counsel's withdrawal after discovery is completed, but any further delay in this matter only brings further harm on the Pension Fund, including the ability of the Fund to assess eligibility and disburse benefits to the appropriate participants.

For the foregoing reasons, Plaintiffs respectfully request that this Court deny Defendant's Motion.

    /s/ Richard C. Welch
Richard C. Welch (Bar# 485756)
Mooney, Green, Baker & Saindon, P.C.
1920 L Street N.W., Suite 400
Washington, DC 20036
(202) 783-0010
(202) 783-6088 Facsimile
rwelch@mooneygreen.com
Counsel for Plaintiffs

Date: February 27, 2008

## CERTIFICATE OF SERVICE

_____I certify that on this the 27th day of February, 2008, a true and correct copy of Plaintiffs' First Set of Interrogatories was sent, by U.S. Certified Mail, to the following:

    Karen A. Doner
    Williams Mullen, P.C.
    8270 Greensboro Drive, Suite 700
    McLean, VA 22102

    John N. Childs
    Brennan, Manna & Diamond, LLC
    75 East Market Street
    Akron, OH 44308

    Darrin R. Toney
    Brenna, Manna & Diamond, LLC
    75 East Market Street
    Akron, OH 44308

    \_\_\_\_/s/ Eugene K. Ahn_____
    Eugene K. Ahn