IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERVICE EMPLOYEES** ) | **CASE NO. 1:07-CV-00468** |
| **INTERNATIONAL UNION NATIONAL** ) | |
| **INDUSTRY PENSION FUND, et al.,** ) | |
| ) | |
| Plaintiffs, ) | **JUDGE COLLEEN KOLLAR-KOTELLY** |
| ) | |
| -vs- ) | **REPLY TO BRIEF IN OPPOSITION TO** |
| **ALIQUIPPA COMMUNITY HOSPITAL,** ) | **MOTION FOR LEAVE TO WITHDRAW** |
| ) | *AND TO ENLARGE DISCOVERY TIME* |
| Defendant. ) | |

Now come John N. Childs and Darrin R. Toney and the firm of Brennan, Manna & Diamond, LLC and Karen A. Doner and Thomas J. McKee and the firm of Williams Mullen, a Professional Corporation (collectively "Defendant's Counsel") and for their reply to Plaintiff's Opposition to Motion for Leave to Withdraw and to Enlarge Discovery Time, state as follows:

As previously briefed to this Court, an attorney may seek to withdraw when the lawyer believes in good faith, in a proceeding before a tribunal, that the tribunal will find the existence of good cause for withdrawal. *Rule 1.16(b)(5) of the D.C. Rules of Professional Conduct*. Due to the fact that Defendant sold its assets and ceased operations, Defendant is no longer a viable entity. Plaintiff is aware of that fact. Defendant has made it impossible for Defendant's Counsel to provide effective representation. The absence of a viable entity to participate in the lawsuit and communicate with counsel makes it impossible for Defendant's Counsel to provide a defense in this case and effectively carry out its representation.

Under Rule 1.16(b)(4) of the D.C. Rules of Professional Conduct, the attorney may withdraw if the representation will result in an unreasonable financial burden on the lawyer. Because Defendant has ceased operations, it does not have the financial resources to pay for continued representation by counsel in this matter. Furthermore, Defendant is insolvent and unable to pay for its past and continued legal representation.

Plaintiff, does not oppose Defendant's counsel withdrawing from the case, but requests the Court to not allow it to do so until its discovery requests have been responded to by Defendant. As expressed in the Motion and in this Reply, Defendant is now defunct. Counsel has no means of getting discovery responses from Defendant. Counsel does not even know who to contact regarding Plaintiff's discovery requests. Thus, it would not be beneficial, helpful, or prudent for Counsel to be made to continue to represent Defendant.

For the foregoing reasons, the law firms of Brennan, Manna & Diamond, LLC and Williams Mullen respectfully request the Court's permission to withdraw as counsel of record for Defendant Aliquippa Community Hospital.

Respectfully submitted,
/s/ Darrin R. Toney
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com


/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
        CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Defendant, Aliquippa
Community Hospital

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2008, a copy of the foregoing *Reply In Support of Motion for Leave to Withdraw from Representation,* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of the *Motion* was mailed to David Wytiaz, by regular U.S. mail, postage prepaid, at 2500 Hospital Drive, Aliquippa, Pennsylvania 15001, and c/o Aliquippa School District, 100 Harding Avenue, Aliquippa, Pennsylvania 15001.

/s/ Darrin R. Toney
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

/s/ Thomas J. McKee
Karen A. Doner (#458626)
Thomas J. McKee (#492482)
WILLIAMS MULLEN, A PROFESSIONAL
    CORPORATION
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com
tmckee@williamsmullen.com

Counsel for Defendant, Aliquippa Community Hospital