UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ALIQUIPPA COMMUNITY HOSPITAL,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 1:07-CV-00468-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On the basis of the Plaintiffs' First Set of Interrogatories and Request for Production of Documents, as served on Defendant Aliquippa Community Hospital on January 22, 2008, to which Plaintiffs have received no response to date, IT IS this 17th day of April, 2008, by the United States District Court for the District of Columbia, ORDERED:

1. Defendant shall submit all payroll records that identify all employees that have worked for Defendant from June 30, 2004 to the present included in the bargaining unit as defined in the relevant Collective Bargaining Agreement (Exhibit 1 to the Complaint);

2. Defendant shall submit all payroll records that, for each employee identified in the records submitted pursuant to Paragraph 1, identify the number of hours worked in each bargaining unit position held for the period of June 30, 2004 to the present;

3. Defendant shall submit all documents required pursuant to Paragraphs 1 and 2 to Attorney Darrin Toney;

4. The Court retain jurisdiction of this matter for further action, if necessary; and

5. That the Clerk of the Court shall mail or transmit copies of this Order to counsel for Plaintiffs and Defendant.

_____
Colleen Kollar-Kotelly
United States District Judge