IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., | ) ) ) ) | CASE NO. 1:07-CV-00468 |
| Plaintiffs, | ) ) | JUDGE COLLEEN KOLLAR-KOTELLY |
| -vs- | ) ) | ***DEFENDANT ALIQUIPPA COMMUNITY HOSPITAL'S STATUS REPORT*** |
| ALIQUIPPA COMMUNITY HOSPITAL, | ) ) | |
| Defendant. | ) | |

Now comes Darrin R. Toney, counsel for Defendant Aliquippa Community Hospital ("Counsel"), and pursuant to the conference call conducted on April 16, 2008, between the Honorable Judge Colleen Kollar-Kotelly and counsel for the parties, provides the Court with a status report concerning the provision of payroll records requested by Plaintiff.

On April 16, 2008, Counsel sent a certified letter to the Chairman of the entity that purchased the assets of Defendant advising that the Court had ordered Defendant's payroll records be produced. Counsel attached the Court's Order to the letter. The letter was also sent to the purchasing entity's CEO, Chief Administrative Officer, and Director of Human Resources. Subsequent to sending the letter, Plaintiff had conversations with the CEO, the Chief Administrative Officer, and the Director of Human Resources concerning the Court's Order and requested that the payroll records be provided.

To date, Counsel has not received any payroll records despite numerous requests for the records to be produced. It is assumed that the records are not going to be provided as requested by Counsel.

Further, Counsel has received no indication that he, his firm, or the firm of Williams Mullins are to continue to represent Defendant, Aliquippa Community Hospital, in the present litigation. Counsel's Motion to Withdraw As Counsel is currently pending before the Court.

Respectfully submitted,

/s/ Darrin R. Toney
John N. Childs (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

Counsel for Defendant, Aliquippa Community Hospital

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2008, a copy of the foregoing *Defendant Aliquippa Community Hospital's Status Report,* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of the *Status Report* was mailed to David Wytiaz, by regular U.S. mail, postage prepaid,

at 2500 Hospital Drive, Aliquippa, Pennsylvania 15001, and c/o Aliquippa School District, 100 Harding Avenue, Aliquippa, Pennsylvania 15001.

/s/ Darrin R. Toney
John N. Childs  (#0023489)
Darrin R. Toney (#0065590)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, Ohio   44308
(330) 253-5060
(330) 253-1977 (fax)
jnchilds@bmdllc.com
drtoney@bmdllc.com

Counsel for Defendant, Aliquippa
Community Hospital

3