IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., | CASE NO. 1:07-CV-00468 |
| | JUDGE COLLEEN KOLLAR-KOTELLY |
| Plaintiffs, | |
| -vs- | ORDER |
| ALIQUIPPA COMMUNITY HOSPITAL, | |
| Defendant. | |

Upon written motion of John N. Childs and Darrin R. Toney and the firm of Brennan, Manna & Diamond, LLC and Karen A. Doner and Thomas J. McKee and the firm of Williams Mullen, a Professional Corporation (collectively "Defendant's Counsel"), and for good cause shown, Defendant's Counsel are hereby granted leave to withdraw as counsel of record for the Defendant Aliquippa Community Hospital in the captioned matter.

*A discussion was held on the record on June 20, 2008, as plaintiff has consented to this motion*

IT IS SO ORDERED.

_____
JUDGE COLLEEN KOLLAR-KOTELLY

June 20, 2008

P:\Aliquippa Community Hospital (4759)\SEIU ERISA lawsuit\Pleadings\proposed order of withdrawal.doc